# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 8/11/2020 | **Time:** 2:51pm-3:18pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 19-cv-05713-YGR | **Case Name:** Phan v. Costco Wholesale Corporation | |

**Attorney for Plaintiff:** Edi P. Kristopher
**Attorney for Defendant:** Sharon C. Collier

**Deputy Clerk:** Frances Stone             **Court Reporter:** Raynee Mercado

## PROCEEDINGS

Plaintiff's Motion for Sanctions [Dkt. No. 27]- HELD via Zoom and SUBMITTED

Pre-filing Conference re Summary Judgment- HELD via Zoom

**Order to be prepared by: Court**

**Notes: Defendant will file a Motion for Summary Judgment and notice it for 35 days on a Tuesday at 2:00pm.**