SHARON C. COLLIER (State Bar No. 203450)
scc@severson.com
JORDAN M. MEEKS (State Bar No. 311937)
jmm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
COSTCO WHOLESALE WAREHOUSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| RYAN PHAN,<br><br>       Plaintiff,<br><br>       vs.<br><br>COSTCO WHOLESALE WAREHOUSE, et al.,<br><br>       Defendant. | Case No. 4:19-cv-05713 YGR<br><br>**DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   September 22, 2020<br>Time:   2:00 p.m.<br>Crtrm.:  1<br><br>The Hon. Yvonne Gonzalez Rogers<br><br>Action Filed:   May 8, 2019<br>Trial Date:     February 1, 2021 |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 22, 2020, at 2:00 p.m., or as soon thereafter as the matter may be heard in Department 1 of the above-entitled Court located at 1301 Clay Street, Oakland, CA 94612, Defendant Costco Wholesale Corporation ("Defendant") will, and hereby does, move this Court pursuant to Federal Rule of Civil Procedure, Rule 56, for an order granting summary judgment against Plaintiff (hereinafter "Plaintiff") and in favor of said Defendant.  This Motion is based on the ground that Plaintiff has no evidence to support his claim that Costco had actual or constructive notice of any dangerous condition that caused plaintiff's

1  harm and, therefore, cannot establish that Costco breached any duty – a necessary element in order
2  to establish his causes of action for negligence and premises liability.
3      This Motion is based on this Notice of Motion and Motion, the accompanying
4  Memorandum of Points and Authorities, the Declaration of Sharon C. Collier, and the exhibits
5  attached thereto, the Declaration of Lorenzo Resendiz, and the exhibits attached thereto, the
6  records and pleadings on file with this Court, and upon such other oral or written evidence that
7  may be presented at the hearing of the motion.
8  DATED:  August 14, 2020    SEVERSON & WERSON
                              A Professional Corporation

By: _____Sharon C. Collier signature_____
    Sharon C. Collier

Attorneys for Defendant COSTCO WHOLESALE WAREHOUSE

75005.0023/15458162.1    2    Case No. 4:19-cv-05713 YGR
DEFENDANT COSTCO WHOLESALE CORPORATION'S NOTICE OF MOTION FOR SUMMARY JUDGMENT