UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PHAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　Defendant. | Case No. 19-cv-05713-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | ~~Monday, August 31, 2020 at 2:00 p.m.~~ |
| REFERRED TO ADR FOR MEDIATION TO BE COMPLETED BY: | ~~June 5, 2020~~ |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | ~~Only with Court approval for good cause by Motions under FRCP Rule 16(b)(4)~~ |
| NON-EXPERT DISCOVERY CUTOFF: | ~~July 17, 2020~~ |
| DISCLOSURE OF EXPERT REPORTS:<br><br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: ~~October 16, 2020~~ February 19, 2021<br>Rebuttal: ~~October 30, 2020~~ March 5, 2021 |
| EXPERT DISCOVERY CUTOFF: | ~~November 13, 2020~~ March 19, 2021 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | ~~on 35 day notice [Dispositive motions filed by 8/14/2020. [Daubert motions filed by 12/1/2020]~~ |
| COMPLIANCE HEARING (*See* PAGE 2) | Friday, ~~December 11, 2020~~ March 5, 2021 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | ~~December 18, 2020~~ March 12, 2021 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| PRETRIAL CONFERENCE: | Friday, ~~January 8,~~ March 26, 2021 at 9:00 a.m. |
| TRIAL DATE: | Monday, ~~February 1,~~ April 12, 2021 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, ~~December 11, 2020~~ March 5, 2021 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: 11/16/2020

_____
YVONNE GONZALEZ ROGERS
United States District Judge