**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RYAN PHAN**, <br><br> Plaintiff, <br><br> vs. <br><br> **COSTCO WHOLESALE WAREHOUSE**, <br><br> Defendant. | **Case No.: 4:19-cv-05713-YGR** <br><br> **JUDGMENT PURSUANT TO F.R.C.P. 68(A)** <br><br> Re: Dkt. No. 58 |

The Court is in receipt of defendant's Rule 68(a) Offer of Judgment which has been accepted by plaintiff. (Dkt. 58.) Accordingly, **JUDGMENT IS HEREBY ENTERED** thereon on the terms set forth therein. Except as otherwise set forth in paragraph 2 of the Offer, each party is to bear its own costs of the action.

The Clerk of the Court shall enter this judgment and close this matter.

**IT IS SO ORDERED.**

Dated: February 11, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**